IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AMANDA LEWIS,

    Petitioner,
v.                                                                          CASE NO. 5:16-cv-29-LC-GRJ

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 6, 2017. (ECF No. 30.) The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss, ECF No. 25, is **GRANTED.**

3. The Petition, ECF No. 1, is **DISMISSED**, and a Certificate of Appealability is **DENIED.**

**DONE AND ORDERED** this 3rd day of July, 2017.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**